

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's judgment is MODIFIED to assess costs in the amount of $469.00, and the trial court's judgment is AFFIRMED AS MODIFIED. Counsels' motion to withdraw is GRANTED. Appellant's request for an extension of time to file a pro se brief is DENIED AS MOOT.

SIGNED September 9, 2015.

_____
Karen Angelini, Justice